Craig LAYTON, Plaintiff–Appellant,

v.

Jarrod EASON, Fire Chief of Terrell County, Jeff Hanner, Linda Hanner, Bob Hanner, Defendants–Appellees.

No. 04–15769.

D.C. Docket No. 02–00023 CV–WLS–1.

United States Court of Appeals, Eleventh Circuit.

May 18, 2005.

A. James Rockefeller, Gomez Law Group, Warner Robins, GA, George Brian Spears, Atlanta, GA, for Plaintiff–Appellant.

W. Seaborn Jones, Steven Salcedo, Owen, Gleaton, Jones & Sweeney, LLP, Atlanta, GA, Richard W. Fields, Perry & Walters, LLP, Albany, GA, for Defendants–Appellees.

Before TJOFLAT and KRAVITCH, Circuit Judges, and MILLS,* District Judge.

PER CURIAM.

AFFIRMED. See 11th Cir. R. 36–1.[1]

---

* Honorable Richard Mills, United States District Judge for the Central District of Illinois, sitting by designation.

1.  11th Cir. R. 36–1 provides:
    When the court determines that any of the following circumstances exist:
    (a) judgment of the district court is based on findings of fact that are not clearly erroneous;
    (b) the evidence in support of a jury verdict is sufficient;

(c) the order of an administrative agency is supported by substantial evidence on the record as a whole;
(d) summary judgment, directed verdict, or judgment on the pleadings is supported by the record;
(e) judgment has been entered without a reversible error of law; and an opinion would have no precedential value, the judgment or order may be affirmed or enforced without opinion.